

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JAN_ _D.C.

05 MAY -4  PM 2: 02

Robert R. DiTrolio
CLERK US. DIST. CT.
W.D. OF TN MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                CR. No. 03-20072

KENNETH CHALMERS,

      Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Kenneth Chalmers, defendant, hereby appeals to the United

States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the

28th day of April, 2005.


Respectfully submitted,


Marty B. McAfee #18113
*Appointed Attorney for the Defendant*
246 Adams Avenue
Memphis, TN 38103
Phone (901) 328-7000

141

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal has been forwarded to Mr. Dan Newsom, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this _4TH_ day of May, 2005.

Marty B. McAfee

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 141 in case 2:03-CR-20072 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT